*MHN*

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Paulette E. Pahlke, Plaintiff
   v.
Clearbrook, an Illinois not for profit corporation, Defendant

08CV2589
JUDGE HOLDERMAN
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paulette E. Pahlke

FILED
MAY 0 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NF

| NAME (Type or print) |
|---|
| Steven A. Miner |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven A. Miner |

| FIRM |
|---|
| Law Offices of Steven A. Miner |

| STREET ADDRESS |
|---|
| 28 Rolling Hills Drive |

| CITY/STATE/ZIP |
|---|
| Barrington, Ill.  60010 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180672 | 847 551-3135 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐