IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAULETTE E. PAHLKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  08CV2589 |
| | ) | |
| CLEARBROOK, an Illinois not for profit corporation, | ) ) | Judge Holderman
Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Steven A. Miner
      28 Rolling Hills Drive
      Barrington, IL  60010

PLEASE TAKE NOTICE that on **Thursday, July 17, 2008**, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Holderman, or any Judge sitting in his stead in Room 2541, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present the *Defendants' Motion to Dismiss Count II of Plaintiff's Complaint Pursuant to Fed. R. Civ. P 12(B)(6)*, a copy of which is attached and hereby served upon you.

Dated:  July 7, 2008

                                                      By:   /s/ Devlin J. Schoop
                                                          Devlin J. Schoop, Counsel for Defendant

Devlin J. Schoop
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800

2

**CERTIFICATE OF SERVICE**

    Devlin J. Schoop, an attorney, hereby certifies that, on this 7th day of July 2008, he caused the **Notice of Motion** in the above-captioned matter to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, with a courtesy hard copy personally delivered to the chambers of the Hon. James F. Holderman, and served a copy of the foregoing electronically by operation of the Court's CM/ECF system to plaintiff's counsel of record:

        Steven A. Miner
        28 Rolling Hills Drive
        Barrington, IL  60010

        /s/ Devlin J. Schoop
        Devlin J. Schoop, Counsel for Defendant