```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

Paulette Pahlke,                    )
    Plaintiff,                    )
                              )
       and                         )    No. 08 CV 2589
                              )
Clearbrook, an Illinois not for,    )
Profit corporation,                 )
    Defendant.                     )

                      NOTICE OF DEPOSITION

To:   Laner Muchin
      Attorneys at Law
      Attn:  Devlin J. Schoop
      515 N. State Street
      Suite 2800
      Chicago, Ill.   60610


    PLEASE TAKE NOTICE that I shall take the oral deposition of the following individual at a place to be determined, before a Notary Public:

| NAME | TIME | DATE |
|---|---|---|
| Lisa Bride | 9:00 a.m. | 9/8/08 |
| Carl Boyer, M.D. | 10:00 a.m. | 9/8/08 |
| Joseph Lawler | 1:00 p.m. | 9/8/08 |
| Anna Faulkner | 3:00 p.m. | 9/8/08 |
| Jeri Phillips | 9:00 a.m. | 9/9/08 |
| Vicki Chavez | 10:00 a.m. | 9/9/08 |
| Jean O'Connor | 12:00 p.m. | 9/9/08 |

    Please have the deponent bring the documents attached on the following schedule at that time.


                                  By /s/   Steven A. Miner _____
                                       Attorney for Plaintiff



Steven A. Miner
28 Rolling Hills Drive
Barrington, Ill.   60010
847 551-3135

CERTIFICATE OF SERVICE

    Steven A. Miner, the attorney for Paulette Pahlke, certifies that on July 15, 2008, he caused the Notice of Deposition to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, with a courtesy copy delivered to the chambers of the Honorable Judge James F. Holderman, and served a copy of the foregoing electronically by operation of the Court's CM/ECF system to Plaintiff's counsel of record, Devlin J. Schoop, as named above.

                                            By: /s/   Steven A. Miner_____
                                                   Attorney for Plaintiff