UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Paulette E. Pahlke
              Plaintiff,

v.                               Case No.: 1:08−cv−02589
                                  Honorable James F. Holderman

Clearbrook
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable James F. Holderman: Motion hearing held on 7/17/2008. On defendant's motion to dismiss count II of plaintiff's complaint pursuant to Fed.R.Civ.P. 12(B)(6)[8], reply due by 7/25/2008. The Court will rule electronically and will set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.